IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

       Plaintiff,                       CV F 05 0612 AWI WMW

  vs.                              ORDER

R. VOGEL, et al.,

       Defendants.

On May 17, 2007, an order was entered, granting Plaintiff leave to file an a amended complaint. On May 29, 2007, Plaintiff filed a document titled as a memorandum of understanding and motion for appointment of counsel. In this document, Plaintiff indicates that prison officials have lost his legal paperwork, and he needs a copy of the original complaint. Plaintiff also seeks the appointment of counsel and an extension of time in which to file an amended complaint.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989).

In certain exceptional circumstances, the court may request

the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(d). <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's request for the appointment of counsel is denied.

  2. The Clerk's Office is directed to send to Plaintiff a copy of the original complaint.

  3. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:  **June 27, 2007**      /s/ William M. Wunderlich
                UNITED STATES MAGISTRATE JUDGE