IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DALE OWEN DUSTIN,**<br><br>                                          Plaintiff,<br><br>        v.<br><br>**R. VOGEL, et al.,**<br><br>                                          Defendants. | 1:05-cv-00612-AWI-WMW (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING (DOC 25)** |

The Court, having considered Defendants' first request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED THAT:  Defendants' responsive pleading shall be filed on or before August 28, 2008.

IT IS SO ORDERED.

**Dated:    July 8, 2008**              /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE

1